UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIRST SEALORD SURETY, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 10-11048-JLT |
| | * | |
| TLT CONSTRUCTION CORP., | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

September 27, 2010

TAURO, J.

After reviewing the Parties' submission, this court hereby orders:

1. Defendant's Motion to Dismiss [#4] is ALLOWED IN PART. Defendant's Motion is ALLOWED to the extent that the Parties are ordered to complete the currently pending arbitration.[1] The court reserves judgment on Defendant's Motion in all other respects.

2. For the reasons set forth in the accompanying Memorandum, Plaintiff's Motion to Stay Arbitration [#9] is DENIED.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge

---

[1] 9 U.S.C. § 2; M.G.L. ch. 251, § 2.